

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2017

No. 04-16-00782-CV

**IN THE INTEREST OF C.R-A.A.,**
Appellant

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15189A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The brief of appellee W.R.B. was due February 22, 2017, but it has not been filed. We order the brief must be filed by March 6, 2017, or the appeal will be submitted without a brief from W.R.B.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court